NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE DEVICOR MEDICAL PRODUCTS, INC.**

---

2011-1414
(REEXAMINATION NO. 90/008,824)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

MARK P. LEVY, Thompson Hine LLP, of Dayton, Ohio argued for appellant.

SYDNEY O. JOHNSON, JR., Associate Solicitor, United States Patent & Trademark Office, of Alexandria, Virginia, argued for appellee.  With him on the brief were RAYMOND T. CHEN, Solicitor and SCOTT C. WEIDENFELLER, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 14, 2012          /s/ Jan Horbaly
Date                       Jan Horbaly
                            Clerk